# Return of Service

## UNITED STATES DISTRICT COURT
### Western District of Virginia

David Flint
   Plaintiff

Case Number: 4:25-cv-00031

vs.

Firewater Transport, LLC
   Defendant

On behalf of:
Joshua Erlich
Erlich Law Office, PLLC
1550 Wilson Blvd., Ste. 700
Arlington, VA 22209

Received by Cavalier to be served on Firewater Transport, LLC, Registered Agent: Lee Roy Trent, at 1329 Scenic Dr, Stuart, VA 24171.

I, Samuel H. Jones, being duly sworn, depose and say that on October 2, 2025 at or about 10:00 AM I served Summons in a Civil Action; Complaint; and Civil Cover Sheet personally to Lee Roy Trent as registered agent of Firewater Transport, LLC. Service occurred at 1329 Scenic Dr, Stuart, VA 24171.

I am a natural person over the age of eighteen and am not a party or otherwise interested in the subject matter in controversy. I am a private process server authorized to serve this process in accordance with relevant law. Under penalty of perjury, I declare that the foregoing is true and correct.

_Samuel H. Jones_    10-3-25
Samuel H. Jones             Date
Cavalier CPS
823-C S. King Street
Leesburg, VA 20175
(703) 431-7085

Our Job Number: 2025-148975